UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA PRESTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>PORCH.COM, INC., HIRE A HELPER LLC, KERI MILLER, AND DOES 1-50,<br><br>Defendants. | Case No.: 21CV168-JLS(BLM)<br><br>**ORDER FOLLOWING VIDEOCONFERENCE EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE SETTING FOLLOW-UP ATTORNEYS-ONLY TELEPHONIC CASE MANAGEMENT CONFERENCE** |

On March 8, 2021, the Court held a Videoconference Early Neutral Evaluation Conference ("ENE") and Case Management Conference ("CMC"). ECF No. 14. Messrs. David Hawkes, David Huch, and Stephen Matcha appeared on behalf of Plaintiff and Ms. Danielle Moore and Mr. Phillip Simpler appeared on behalf of Defendants. Id. The case did not settle, however, counsel for the parties informed the Court that they have scheduled a private mediation at the end of July 2021. To facilitate settlement discussions, the parties will engage in informal discovery and also may propound written discovery. The parties agree not to conduct any depositions until after the July mediation. The parties must file a joint motion for a protective order, which includes the terms of their agreement for handling confidential documents and information, on or before **March 22, 2021**.

The Court will hold a <u>telephonic</u>, <u>attorneys- only</u> CMC on **August 16, 2021** at **2:00 p.m.** to discuss the status of settlement. The Court will begin the CMC on its teleconference line. Counsel shall use the dial-in information that will be filed by the Court as a separate notice on the docket. The notice will be restricted to case participants only. If necessary, the Court will set the remaining case management dates after the August 16, 2021 CMC.

**IT IS SO ORDERED**.

Dated:  3/8/2021

Hon. Barbara L. Major
United States Magistrate Judge