UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA PRESTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>V.<br><br>PORCH.COM, INC., HIRE A HELPER LLC, KERI MILLER, AND DOES 1-50,<br><br>Defendants. | Case No.: 21CV168-JLS(BLM)<br><br>**ORDER FOLLOWING ATTORNEYS-ONLY TELEPHONIC CASE MANAGEMENT CONFERENCE** |

The Court held a telephonic Case Management Conference ("CMC") on August 16, 2021. See ECF No. 23. During the CMC, the parties reported that they have reached a tentative settlement on a class-wide basis. In accordance with the parties' agreement, the parties must file a joint motion to amend the complaint and joint motion for approval of the class action settlement on or before **November 12, 2021**.

**IT IS SO ORDERED**.

Dated: 8/17/2021

Hon. Barbara L. Major
United States Magistrate Judge