Danielle Hultenius Moore (SBN 232480)
    E-Mail: dmoore@fisherphillips.com
Phillip G. Simpler (SBN 292486)
    E-Mail: psimpler@fisherphillips.com
Nicole E. Stenoish (SBN 316381)
    E-Mail: nstenoish@fisherphillips.com
Lauren Bushman (SBN 314865)
    E-Mail: lbushman@fisherphillips.com
FISHER & PHILLIPS LLP
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858) 597-9600
Facsimile: (858) 597-9601

Attorneys for Defendants Hire A Helper, LLC, Porch.com, Inc. and Keri Miller

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ariana Preston, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Porch.com, Inc., a Delaware Corporation; Hire a Helper, LLC, a California Limited Liability Company; Keri Miller, an individual; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 21-cv-0168-JLS-BLM<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY APPROVAL MOTION**<br><br>Dist. Judge: Hon. Janis L. Sammartino<br>Mag. Judge: Hon. Barbara L. Major<br><br>Complaint Filed: November 23, 2020<br>Trial Date: None Set |

Plaintiff ARIANA PRESTON ("Plaintiff") and Defendants HIRE A HELPER, LLC and PORCH.COM, INC., ("Defendants") (Plaintiff and Defendant are collectively referred to herein as the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline to file the joint motion for approval of the class action settlement by two (2) weeks, and mutually request that the Court approve said stipulation and enter an Order in accordance herewith to permit additional time needed to finalize the joint motion and settlement agreements.

## STIPULATION

WHEREAS, on July 28, 2021, the Parties participated in a mediation with Mike Young, Esq. in an effort to reach a global resolution of the claims asserted in the above-captioned representative action lawsuit filed against Defendant;

WHEREAS, the parties reached a global settlement of the Action at the mediation;

WHEREAS, the Parties informed the Court at the telephonic case management conference ("CMC") On August 16, 2021 that they reached a tentative settlement on a class-wide basis;

WHEREAS, on August 17, 2021, the Court issued an Order Following Attorneys-Only Telephonic Case Management Conference which directed the Parties to file a joint motion to amend the complaint and joint motion for approval of the class action settlement on before November 12, 2021;

WHEREAS, the Parties filed the joint motion to amend the complaint on November 12, 2021;

WHEREAS, the Parties are in the process of finalizing the long from settlement agreement and notice, but need additional time to complete the process;

///

1    IT IS THEREFORE HEREBY STIPULATED, AGREED, AND
2  REQUESTED that the Court enter an Order extend the deadline by which the
3  Parties are ordered to file the joint motion for approval of the class action settlement
4  by two weeks to November 29, 2021.
5    IT IS SO STIPULATED.
6  Respectfully submitted,

Dated: November 12, 2021   By   _____/s/ DAVID C. HAWKES_____
DAVID C. HAWKES
Attorney for Plaintiff
ARIANA PRESTON

Dated: November 12, 2021   By   _____/s/ PHILLIP G. SIMPLER_____
Danielle Hultenius Moore
Phillip G. Simpler
Nicole E. Stenoish
Lauren Bushman
Attorney for Defendants
PORCH.COM, INC.,
HIRE A HELPER LLC
And KERI MILLER

**ATTESTATION REGARDING ELECTRONIC SIGNATURES**

    I, Phillip G. Simpler, attest that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

/s/ *Phillip G. Simpler*
Phillip G. Simpler

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On November 12, 2021 I served the foregoing document entitled **JOINT MOTION FOR EXTENSION OF TIME TO FILE PRELIMINARY APPROVAL MOTION** on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| David C. Hawkes<br>BLANCHARD KRASNER & FRENCH<br>800 Silverado Street, Second Floor<br>La Jolla, CA 92037 | Telephone: (858) 551-2440<br>Facsimile: (858) 551-2434<br>Email: dhawkes@bkflaw.com<br>*Attorneys for Plaintiff*<br>*Ariana Preston* |
| Stephen J. Matcha<br>MATCHA LAW<br>13223 Black Mountain Road, #233<br>San Diego, CA 92129-2699 | Telephone: (619) 565-3865<br>Email: steve@matchalaw.com<br>*Attorneys for Plaintiff*<br>*Ariana Preston* |
| David A. Huch<br>LAW OFFICE OF DAVID A. HUCH<br>12223 Highland Ave., Suite 106-574<br>Rancho Cucamonga, CA 91739 | Telephone: (909) 463-6363<br>Facsimile: (909) 614-7008<br>Email: david.a.huch@gmail.com<br>*Attorneys for Plaintiff*<br>*Ariana Preston* |

☒ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed November 12, 2021 at San Diego, California.

Beth Elliott                                    By: *Beth Elliott*
Print Name                                                    Signature