1  DAVID C. HAWKES; SBN: 224241
   BLANCHARD, KRASNER & FRENCH
2  dhawkes@bkflaw.com
   800 Silverado St., 2nd Floor
3  La Jolla, CA 92037
   Telephone:   (858) 551-2440
4  Facsimile:   (858) 551-2434

5  DAVID A. HUCH; SBN: 222892              STEPHEN MATCHA; SBN: 249176
   LAW OFFICE OF DAVID A. HUCH             MATCHA LAW
6  david.a.huch@gmail.com                  steve@matchalaw.com
   12223 Highland Ave., Ste. 106-574       13223 Black Mountain Rd., #233
7  Rancho Cucamonga, CA 91739              San Diego, CA 92129-2699
   Telephone:   (909) 463-6363             Telephone: (619) 565-3865
8  Facsimile:   (909) 614-7008

9  Attorneys for Plaintiff
   ARIANA PRESTON
10

11 [*Additional Counsel on Following Page*]

12              UNITED STATES DISTRICT COURT
13              SOUTHERN DISTRICT OF CALIFORNIA
14

| | |
|---|---|
| ARIANA PRESTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORCH.COM, INC., a Delaware Corporation; HIRE A HELPER LLC, a California Limited Liability Company; KERI MILLER, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 21CV168-JLS(BLM)<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: January 20, 2022<br>Time: 1:30 p.m.<br><br>Dist. Judge: Hon. Janis L. Sammartino<br>Mag. Judge: Hon. Barbara L. Major<br><br>Complaint Filed: November 23, 2020<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on January 20, 2022 at 1:30 p.m. in the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, Courtroom 4D (fourth floor), the Honorable Janis L. Sammartino presiding, Plaintiff Ariana Preston ("Plaintiff") will and hereby does move for entry of an Order:

1. Preliminarily approving the terms of the Stipulation of Class Action and PAGA Settlement and Release ("Settlement") – which is submitted concurrently herewith as Exhibit 1 to the Declaration of David C. Hawkes – as fair, reasonable, and adequate;

2. Approving the manner and content of the notice of settlement prescribed by the Settlement as constituting the best notice practicable under the circumstances and in compliance with the requirements of due process;

3. Appoint Phoenix Settlement Administrators ("Phoenix") as the settlement administrator and directing Phoenix to disseminate notice in accordance with the Settlement; and

4. Scheduling a final fairness hearing on the question of whether the proposed Settlement should be finally approved.

The motion is unopposed by Defendants and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Declaration of David C. Hawkes filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

1

**NOTICE OF MOTION FOR PRELIM. APPROVAL**                                   **21CV168-JLS(BLM)**

| | |
|---|---|
| | Respectfully Submitted, |
| DATED: November 22, 2021 | BLANCHARD KRASNER & FRENCH |
| | */s/ David C. Hawkes* |
| | David C. Hawkes |
| | Counsel for Plaintiff Ariana Preston |