UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA PRESTON, individually and on behalf of all others similarly situtated,<br><br>Plaintiff,<br><br>v.<br><br>PORCH.COM, INC., a Delaware Corporation; HIRE A HELPER LLC, a California limited liability company; KERI MILLER, an individual.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 21-CV-168 JLS (BLM)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 30) |

Presently before the Court is Plaintiff Ariana Preston's Motion for Preliminary Approval of Class Action Settlement (ECF No. 30). On its own motion, the Court **VACATES** the hearing currently set for January 20, 2022 and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: January 14, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge