DAVID C. HAWKES; SBN: 224241
BLANCHARD, KRASNER & FRENCH
dhawkes@bkflaw.com
800 Silverado St., 2nd Floor
La Jolla, CA 92037
Telephone:   (858) 551-2440
Facsimile:   (858) 551-2434

DAVID A. HUCH; SBN: 222892
LAW OFFICE OF DAVID A. HUCH
david.a.huch@gmail.com
12223 Highland Ave., Ste. 106-574
Rancho Cucamonga, CA 91739
Telephone:   (909) 463-6363
Facsimile:   (909) 614-7008

STEPHEN MATCHA; SBN: 249176
MATCHA LAW
steve@matchalaw.com
13223 Black Mountain Rd., #233
San Diego, CA 92129-2699
Telephone: (619) 565-3865

Attorneys for Plaintiff
ARIANA PRESTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA PRESTON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>PORCH.COM, INC., a Delaware Corporation; HIRE A HELPER LLC, a California Limited Liability Company; KERI MILLER, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 21CV168-JLS(BLM)<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: August 11, 2022<br>Time: 1:30 p.m.<br><br>Dist. Judge: Hon. Janis L. Sammartino<br>Mag. Judge: Hon. Barbara L. Major<br><br>Complaint Filed: November 23, 2020<br>Trial Date: None Set |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** on August 11, 2022 at 1:30 p.m. in the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, Courtroom 4D (fourth floor), the Honorable Janis L. Sammartino presiding, Plaintiff Ariana Preston ("Plaintiff") will and hereby does move for entry of an Order granting final approval of the Stipulation of Class Action and PAGA Settlement and Release ("Settlement"). Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

This motion is unopposed by Defendants Porch.com; Hire A Helper, LLC; Elite Insurance Group, Inc.; Kandela, LLC; and Serviz, Inc. (collectively, "Defendants"), and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the Declaration of David C. Hawkes (Counsel for Plaintiff) and the Declaration of Jarrod Salinas (of settlement administrator Phoenix Class Action Administrative Solutions) filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

Respectfully Submitted,

DATED: July 14, 2022            BLANCHARD KRASNER & FRENCH

　　　　　　　　　　　　　　　　 */s/ David C. Hawkes*
　　　　　　　　　　　　　　　　　David C. Hawkes

　　　　　　　　　　　　　　　　　Counsel for Plaintiff Ariana Preston