DAVID C. HAWKES; SBN: 224241
BLANCHARD, KRASNER & FRENCH
dhawkes@bkflaw.com
800 Silverado St., 2nd Floor
La Jolla, CA 92037
Telephone:   (858) 551-2440
Facsimile:    (858) 551-2434

DAVID A. HUCH; SBN: 222892
LAW OFFICE OF DAVID A. HUCH
david.a.huch@gmail.com
12223 Highland Ave., Ste. 106-574
Rancho Cucamonga, CA 91739
Telephone:   (909) 463-6363
Facsimile:    (909) 614-7008

STEPHEN MATCHA; SBN: 249176
MATCHA LAW
steve@matchalaw.com
13223 Black Mountain Rd., #233
San Diego, CA 92129-2699
Telephone: (619) 565-3865

Attorneys for Plaintiff
ARIANA PRESTON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARIANA PRESTON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> PORCH.COM, INC., a Delaware Corporation; HIRE A HELPER LLC, a California Limited Liability Company; KERI MILLER, an individual; and DOES 1 through 50, inclusive, <br><br> Defendants. | **Case No. 21CV168-JLS(BLM)** <br><br> **DECLARATION OF DAVID C. HAWKES IN SUPPORT OF MOTION FOR ATTORNEYS' FEES, COSTS, SERVICE AWARD, AND SETTLEMENT ADMINISTRATION EXPENSES** <br><br> Date:  August 11, 2022 <br> Time: 130 p.m. <br><br> Dist. Judge: Hon. Janis L. Sammartino <br> Mag. Judge: Hon. Barbara L. Major <br><br> Complaint Filed: November 23, 2020 <br> Trial Date: None Set |

I, DAVID C. HAWKES, declare:

1.    I am an attorney at law duly licensed to practice in the State of California and before this Court.  I am co-counsel of record for Plaintiff Ariana Preston.  I have personal knowledge of the facts and matters stated herein and if called as a witness, I could and would competently testify to the following.

2.    I am a 2002 graduate of the University of San Diego School of Law (admitted to the State Bar of California in January 2003), admitted to practice before the United States District Court, Southern District of California (Northern and Central Districts of California as well), United States Court of Appeals for the Ninth Circuit, and all California State Courts.  I have extensive experience litigating wage and hour, employment, and class action matters, including certification of many classes and approval of many class settlements.  My firm, Blanchard Krasner & French, represents both plaintiffs and defendants in complex class action litigation, including wage and hour and employment matters, as well as advising and representing individual clients regarding wage and hour and other employment matters.  Additionally, both with Blanchard Krasner & French and previous law firms, I personally have extensive experience in class action litigation matters, including cases against defendants such as FH Paschen/FHP Techtonics/SN Nielsen, Coldwell Banker, Prudential, Re/Max, San Diego Padres, AOL/Time Warner, Daimler/Chrysler, Broadcom, Cathy Jean, Fry's Electronics, CorePower Yoga, Hiossen, Coleman University, Larry H. Miller Toyota, and others, as well as defending class action cases against such companies as Comprehensive Educational Services (d/b/a "ACES") and Roadrunner Sports.

3.    I have litigated the claims alleged in the present action over the past twenty months and have participated in numerous aspects of this case since the initial filing of the present action during November 2020.  Throughout the course of the present class action litigation, I have accrued 170.2 hours of billable time.

4.    The hours worked on this matter were obtained from my law firm's

1

billing software (ProLaw), which consists of contemporaneous time records. Attached hereto as **Exhibit "A"** is true and correct copy of a report from my firm's billing software that details the number of hours I have incurred in litigating this action. My work on the present action can be categorized into the following categories of work:

- *Pleadings, Stipulations, and Case Management*: This work consisted of meeting and conferring with defense counsel regarding numerous case management matters and preparing corresponding stipulations and status reports, participating in case management hearings, including the Early Neutral Evaluation Conference and researching, reviewing and drafting of pleadings, and amendments thereto, and researching the public filings and financial information of the named Defendants.

- *Investigation & Discovery*: This work consisted of conferring with the class representative, interviewing class members, preparing comprehensive pre-mediation requests for information and documentation, reviewing a large sampling of data, including class members' electronically stored time records and payroll records for pay periods during the months of December 2016, March 2017, June 2017, September 2017, December 2017, March 2018, June 2018, September 2018, December 2018, March 2019, June 2019, September 2019, December 2019, March 2020, June 2020, September 2020, December 2020 and March 2021, as well as (1) calculations regarding the size and scope of the putative class, including number of employees per pay period, job descriptions, commission pay and hourly rates; (2)  all written policies, including training materials, applicable to non-exempt employees in the State of California during the period of November 23, 2016 to present with respect to the following issues: (a) timekeeping, (b) commission agreements, structures and payment terms, (c) non-discretionary bonus agreements, structures and payment terms, (d) overtime, (e) meal and rest breaks, (f)

2

vacation pay and related benefits, and (g) wage statements and payroll records; and (3) disclosure of the related entities with a presence in California that were acquired by Defendant PORCH.COM, INC. who employed class members during the relevant time period.

- *Mediation and* Settlement: This work consisted of preparing mediation briefs and damage models, preparing for and participating in a full-day private mediation, negotiating settlement terms, meeting and conferring with defense counsel about settlement terms, preparing the class notice, conferring with the settlement administrator, moving for preliminary and final approval of the settlement, and fielding calls and emails from class members concerning the settlement.

5.     My reasonable hourly rate for my billable time on this class action matter is $550 per hour.  My hourly rate of $550 was recently approved by the San Diego Superior Court in a wage and hour class action settlement, *Alviz v. LHM CORP TSD*, *et al.*, Case No. 37-2020-00027584-CU-OE-CTL (Final Approval granted by Hon. Carolyn M. Caietti on July 8, 2022), my hourly rate of $525 (at the time) was recently approved by the San Diego County Superior Court in a wage and hour class action settlement, *Jones v. SeaWorld Parks & Entertainment, Inc., et al.* Case No. 37-2018-00057055-CU-OE-CTL (Judgment and Final Approval Order signed by Hon. Eddie C. Sturgeon, dated Dec. 17, 2021), as well as $495 (at the time) by U.S. District Judge Haywood S. Gilliam, Jr. in *Barnard et al. v. Corepower Yoga LLC,* Case No. 16-cv-03861-HSG (N.D. Cal.) (final approval order signed in February 2018).

6.     Recent class action fee award decisions further support my hourly rate of $550 per hour. *See Howell v. Advantage RN, LLC*, 2020 WL 5847565, at * 5 (S.D. Cal. Oct. 1, 2020) (Sammartino,  J.) [$650 hourly rate approved for class action attorney admitted in 2002]; *Martinez v. Berryhill,* 2017 WL 4700078, at *3 (S.D. Cal. Oct. 19, 2017) (Sammartino, J.) [approving effective hourly rate of $886.52 for

3

counsel with sixteen years' experience and noting that the rate "is on the higher end..."]; *Hose v. Washington Inventory Service, Inc.*, 2020 WL 3606404, at *8-9 (S.D. Cal. July 2, 2020) [although "slightly high for the Southern District of California," $925 hourly rate approved for 24-year partner, $800 hourly rate approved for eleventh-year associate, and $680 hourly rate approved for sixth-year associate]; *Moreno v. Beacon Roofing Supple, Inc.,* 2020 WL 3960481, at *7-8 (S.D. Cal. Jul. 13, 2020) (Curiel, J.) [approving hourly rate of $742 for 2002 University of San Diego School of Law graduate in connection with $230,000 settlement of wage and hour class action]; *San Diego Comic Convention v. Dan Farr Productions,* 2019 WL 1599188, at * 13-14 (S.D. Cal. April 15, 2019) [approving hourly rate of $685 for attorney with 14 years' experience and $545 hourly rate for attorney with 5 years' experience]; *Hazlin v. Botanical Labs, Inc.* 2015 WL 11237634, at * pp. 20-22 (S.D. Cal. May 20, 2015) [$650 hourly rate approved for class action attorney admitted in 2002]; *Price v. Synapse Group, Inc*., 2018 WL 9517269, at *2 (S.D. Cal. Sept. 24, 2018) [citing seven cases from the Southern District Court of California in finding reasonable $725 hourly rate of 31-year partner and $550 hourly rate of 12-year associate]; *Bravo v. Gale Triangle, Inc.* 2017 WL 708766, at * pp. 53-56 (C.D. Cal. Feb. 16, 2017) [$650 hourly rate approved for class action attorney admitted in 2004].

7.     My total Lodestar fee amount on the present class action matter (reasonable accrued hours multiplied by reasonable hourly rate) is $93,610 (170.2 hours x $550 per hour).  I expect my Lodestar to increase with attendance at the final approval hearing and subsequent execution of the settlement terms.

8.     This case was accepted on a contingency fee basis and my firm advanced and risked litigation expenses for nearly two years.  Specifically, my firm incurred out-of-pocket costs, including filing fees, mediation fees, service costs, and other necessary litigation expenses.   These litigation expenses currently total

$8,140.11.[1]  All of these costs are normally billed to and paid by the firm's hourly-paying clients.   These costs were reasonably incurred in the prosecution and resolution of this matter, but have not been reimbursed.  BKF incurred these out-of-pocket expenses without any assurance they would be repaid.

9.     BKF undertook this litigation on a wholly contingent basis.  From the outset, BKF understood it was embarking on a complex, expensive and lengthy litigation with no guarantee of ever being compensated for the large investment of time and money the case would require.  In undertaking that responsibility, BKF was obligated to assure that sufficient resources were dedicated to the prosecution of this litigation and that funds were available to compensate staff and the considerable out-of-pocket costs that a case such as this entails.

10.     The time that I spent working on this case has not yet been compensated and took away from time that I could have spent on other, less risky legal matters. There was a significant risk of no payment for my legal services because of the contingent nature and complexity of this case.  I took on this matter on a purely contingent fee basis and would not have received any compensation for my billable time had the litigation not ended successfully.

11.     There was also significant risk of no payment for my legal services because of the nature and complexity of this case. Defense Counsel maintained legal and factual arguments throughout the litigation that could have resulted in *no recovery* for Plaintiff and the Class.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of July 2022 at La Jolla, California.

             */s/ David C. Hawkes*
             DAVID C. HAWKES

---

[1] Filing Fees - $1,491.31; Mediation Fees - $6,250; PAGA Notice Fee - $75; Service Costs and PACER Costs - $323.8.

# EXHIBIT "A"

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|

**Billing: (None)**

**Date: 11/11/2020**

| 11/11/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on investigating class claims against<br>Porch/HireAHelper; analysis. | T | 1.40 | 510.00 | 714.00 |
| | | | **Date: 11/11/2020** | 1.40 | | 714.00 |

**Date: 11/12/2020**

| 11/12/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on investigating class claims and<br>analysis in conjunction. | T | 1.20 | 510.00 | 612.00 |
| | | | **Date: 11/12/2020** | 1.20 | | 612.00 |

**Date: 11/13/2020**

| 11/13/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on investigation of class claims;<br>analysis. | T | 0.80 | 510.00 | 408.00 |
| | | | **Date: 11/13/2020** | 0.80 | | 408.00 |

**Date: 11/16/2020**

| 11/16/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on complaint drafting issues; analysis in<br>conjunction. | T | 1.10 | 510.00 | 561.00 |
| | | | **Date: 11/16/2020** | 1.10 | | 561.00 |

**Date: 11/18/2020**

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------------------------------|------------------------|-------|-------|-------|
| 11/18/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on Complaint and investigation of<br>claims; analysis and research in conjunction. | T | 2.20 | 510.00 | 1,122.00 |
| | | | **Date: 11/18/2020** | 2.20 | | 1,122.00 |
| **Date: 11/19/2020** | | | | | | |
| 11/19/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on complaint and investigation of<br>claims; analysis. | T | 1.10 | 510.00 | 561.00 |
| | | | **Date: 11/19/2020** | 1.10 | | 561.00 |
| **Date: 11/20/2020** | | | | | | |
| 11/20/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on investigation of claims and complaint<br>draft; analysis and research in conjunction. | T | 1.30 | 510.00 | 663.00 |
| | | | **Date: 11/20/2020** | 1.30 | | 663.00 |
| **Date: 11/23/2020** | | | | | | |
| 11/23/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on finalizing and filing complaint and<br>related documents; analysis in conjunction. | T | 1.70 | 510.00 | 867.00 |
| | | | **Date: 11/23/2020** | 1.70 | | 867.00 |
| **Date: 11/24/2020** | | | | | | |
| 11/24/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Research and analysis re: potential class<br>claims against Shopify; analysis. | T | 1.80 | 510.00 | 918.00 |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------------------------|------------------------|-------|-------|-------|
| | | | Date: 11/24/2020 | 1.80 | | 918.00 |
| **Date: 11/25/2020** | | | | | | |
| 11/25/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on investigation of class claims and<br>strategy; analysis. | T | 0.60 | 510.00 | 306.00 |
| | | | Date: 11/25/2020 | 0.60 | | 306.00 |
| **Date: 11/30/2020** | | | | | | |
| 11/30/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on investigation of claims and strategy;<br>analysis. | T | 0.40 | 510.00 | 204.00 |
| | | | Date: 11/30/2020 | 0.40 | | 204.00 |
| **Date: 12/11/2020** | | | | | | |
| 12/11/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on procedural and service matters;<br>analysis in conjunction. | T | 0.40 | 510.00 | 204.00 |
| | | | Date: 12/11/2020 | 0.40 | | 204.00 |
| **Date: 12/18/2020** | | | | | | |
| 12/18/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on investigation of claims and discovery<br>issues and strategy; analysis. | T | 0.40 | 510.00 | 204.00 |
| | | | Date: 12/18/2020 | 0.40 | | 204.00 |
| **Date: 12/30/2020** | | | | | | |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 12/30/2020 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on procedural issues; work on strategy;<br>analysis. | T | 0.80 | 510.00 | 408.00 |
| | | | **Date: 12/30/2020** | 0.80 | | 408.00 |
| **Date: 1/4/2021** | | | | | | |
| 01/04/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on procedural issues and strategy;<br>analysis. | T | 0.40 | 510.00 | 204.00 |
| | | | **Date: 1/4/2021** | 0.40 | | 204.00 |
| **Date: 1/6/2021** | | | | | | |
| 01/06/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on strategy; analysis. | T | 0.20 | 510.00 | 102.00 |
| | | | **Date: 1/6/2021** | 0.20 | | 102.00 |
| **Date: 1/11/2021** | | | | | | |
| 01/11/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery; analysis in conjunction. | T | 1.30 | 510.00 | 663.00 |
| | | | **Date: 1/11/2021** | 1.30 | | 663.00 |
| **Date: 1/12/2021** | | | | | | |
| 01/12/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery; analysis. | T | 0.80 | 510.00 | 408.00 |
| | | | **Date: 1/12/2021** | 0.80 | | 408.00 |
| **Date: 1/18/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|-------|-------|-------|
| 01/18/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery issues; analysis. | T | 0.30 | 510.00 | 153.00 |
| | | | **Date: 1/18/2021** | 0.30 | | 153.00 |
| **Date: 1/28/2021** | | | | | | |
| 01/28/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Review and analysis of notice of removal and<br>supporting documents; work on strategy and<br>response thereto; research and analysis in<br>conjunction. | T | 3.60 | 510.00 | 1,836.00 |
| | | | **Date: 1/28/2021** | 3.60 | | 1,836.00 |
| **Date: 1/29/2021** | | | | | | |
| 01/29/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on strategy; work on remand issues;<br>work on ENE issues; analysis. | T | 2.80 | 510.00 | 1,428.00 |
| | | | **Date: 1/29/2021** | 2.80 | | 1,428.00 |
| **Date: 2/2/2021** | | | | | | |
| 02/02/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on removal/remand strategy and<br>research and analysis in conjunction; work on<br>potential nation-wide FLSA claims; research<br>and analysis; work on ENE issues and<br>investigation of claims; analysis in<br>conjunction. | T | 5.10 | 525.00 | 2,677.50 |
| | | | **Date: 2/2/2021** | 5.10 | | 2,677.50 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| **Date: 2/3/2021** | | | | | | |
| 02/03/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on strategy of remand/nationwide class claims; work on procedural issues; research in conjunction. | T | 0.70 | 525.00 | 367.50 |
| | | | **Date: 2/3/2021** | 0.70 | | 367.50 |
| **Date: 2/4/2021** | | | | | | |
| 02/04/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on procedural issues; work on 26f conference issues; analysis. | T | 0.70 | 525.00 | 367.50 |
| | | | **Date: 2/4/2021** | 0.70 | | 367.50 |
| **Date: 2/5/2021** | | | | | | |
| 02/05/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on procedural issues; work on ENE and 26f conference discovery issues; analysis in conjunction. | T | 0.60 | 525.00 | 315.00 |
| 02/05/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on amended pleading; analysis. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 2/5/2021** | 1.40 | | 735.00 |
| **Date: 2/8/2021** | | | | | | |

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------------------------------------|-------------------------|-------|-------|-------|
| 02/08/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on amended complaint and related procedural issues; work on strategy for nationwide class et al, work on 26f preparation; work on tolling of collective claim issues; Work on class claims and procedure; analysis in conjunction. | T | 2.90 | 525.00 | 1,522.50 |
| | | | **Date: 2/8/2021** | 2.90 | | 1,522.50 |
| **Date: 2/9/2021** | | | | | | |
| 02/09/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on amended complaint and related procedural issues; work on strategy for nationwide class et al, work on 26f preparation; work on tolling of collective claim issues; Work on class claims and procedure; analysis in conjunction. | T | 1.70 | 525.00 | 892.50 |
| | | | **Date: 2/9/2021** | 1.70 | | 892.50 |
| **Date: 2/10/2021** | | | | | | |
| 02/10/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on strategy, 26f report/conference issues, amended complaint and investigation related to procedural issues; analysis and research. | T | 1.40 | 525.00 | 735.00 |
| | | | **Date: 2/10/2021** | 1.40 | | 735.00 |
| **Date: 2/11/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|----------------------------------------------------------|------------------------|-------|-------|-------|
| 02/11/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for and attend 26f conference with oc;<br>follow-up analysis and strategy; work on 26f<br>issues and strategy. | T | 1.80 | 525.00 | 945.00 |
| | | **Date: 2/11/2021** | | 1.80 | | 945.00 |
| **Date: 2/16/2021** | | | | | | |
| 02/16/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Person Search for Service of Summons. | T | 1.00 | 8.99 | 8.99 |
| 02/16/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on 26f report, joint discovery plan, and<br>ENE issues; work on investigation of claims<br>and strategy; analysis. | T | 1.80 | 525.00 | 945.00 |
| | | **Date: 2/16/2021** | | 2.80 | | 953.99 |
| **Date: 2/17/2021** | | | | | | |
| 02/17/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on ENE brief, 26f report, joint discovery<br>plan, investigation of claims, strategy; analysis<br>in conjunction. | T | 1.10 | 525.00 | 577.50 |
| | | **Date: 2/17/2021** | | 1.10 | | 577.50 |
| **Date: 2/18/2021** | | | | | | |
| 02/18/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on ENE brief, 26f statement, joint<br>discovery plan, investigation of claims and<br>strategy; analysis. | T | 1.30 | 525.00 | 682.50 |

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| | | | **Date: 2/18/2021** | 1.30 | | 682.50 |
| **Date: 2/19/2021** | | | | | | |
| 02/19/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on ENE and related documents; work on initial disclosures; work on investigation of claims and strategy; analysis. | T | 1.30 | 525.00 | 682.50 |
| | | | **Date: 2/19/2021** | 1.30 | | 682.50 |
| **Date: 2/22/2021** | | | | | | |
| 02/22/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on ENE, discovery plan, strategy, and initial disclosures; analysis in conjunction. | T | 2.30 | 525.00 | 1,207.50 |
| | | | **Date: 2/22/2021** | 2.30 | | 1,207.50 |
| **Date: 2/23/2021** | | | | | | |
| 02/23/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery plan, ENE brief, initial disclosures; work on investigating claims and strategy re: nationwide collective; analysis and research. | T | 1.60 | 525.00 | 840.00 |
| | | | **Date: 2/23/2021** | 1.60 | | 840.00 |
| **Date: 2/25/2021** | | | | | | |
| 02/25/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on ENE, 26f, Joint Discovery Plan, strategy, tolling, mediation, and related issues; analysis in conjunction. | T | 3.30 | 525.00 | 1,732.50 |

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | | **Date: 2/25/2021** | 3.30 | | 1,732.50 |
| **Date: 2/26/2021** | | | | | | |
| 02/26/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on ENE brief and related documents for Case Management Conference/ENE; work on setting mediation; analysis in conjunction. | T | 3.10 | 525.00 | 1,627.50 |
| | | | **Date: 2/26/2021** | 3.10 | | 1,627.50 |
| **Date: 3/1/2021** | | | | | | |
| 03/01/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on potential informal resolution; work on strategy and ENE issues; work on initial disclosures; analysis. | T | 1.90 | 525.00 | 997.50 |
| | | | **Date: 3/1/2021** | 1.90 | | 997.50 |
| **Date: 3/2/2021** | | | | | | |
| 03/02/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation and informal resolution; work on ENE preparation; work on damages issues; work on strategy; analysis. | T | 2.40 | 525.00 | 1,260.00 |
| | | | **Date: 3/2/2021** | 2.40 | | 1,260.00 |
| **Date: 3/3/2021** | | | | | | |
| 03/03/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for ENE; work on strategy and discovery and damages issues; analysis in conjunction. | T | 1.10 | 525.00 | 577.50 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | | **Date: 3/3/2021** | 1.10 | | 577.50 |
| **Date: 3/4/2021** | | | | | | |
| 03/04/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on preparation for ENE and CMC hearing; Telephone conference with client; analysis in conjunction. | T | 2.40 | 525.00 | 1,260.00 |
| 03/04/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on FLSA issues, tolling, and strategy; work on procedural issues and service of summons and related documents; analysis. | T | 1.10 | 525.00 | 577.50 |
| | | | **Date: 3/4/2021** | 3.50 | | 1,837.50 |
| **Date: 3/5/2021** | | | | | | |
| 03/05/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on ENE issues; work on potential mediation and settlement issues; work on tolling of FLSA claims issues; analysis. | T | 1.70 | 525.00 | 892.50 |
| | | | **Date: 3/5/2021** | 1.70 | | 892.50 |
| **Date: 3/8/2021** | | | | | | |
| 03/08/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for and attend ENE and CMC hearings at SD CA court; follow-up analysis and strategy. | T | 3.20 | 525.00 | 1,680.00 |
| | | | **Date: 3/8/2021** | 3.20 | | 1,680.00 |
| **Date: 3/10/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 03/10/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on procedural, mediation, tolling, and discovery issues; analysis in conjunction. | T | 1.20 | 525.00 | 630.00 |
| | | | Date: 3/10/2021 | 1.20 | | 630.00 |
| **Date: 3/11/2021** | | | | | | |
| 03/11/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on procedural issues and filing of summons proof of service; analysis. | T | 0.30 | 525.00 | 157.50 |
| | | | Date: 3/11/2021 | 0.30 | | 157.50 |
| **Date: 3/15/2021** | | | | | | |
| 03/15/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation, discovery, strategy, and informal information request issues; analysis in conjunction. | T | 1.40 | 525.00 | 735.00 |
| | | | Date: 3/15/2021 | 1.40 | | 735.00 |
| **Date: 3/16/2021** | | | | | | |
| 03/16/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on informal resolution, strategy, and discovery issues; analysis. | T | 1.10 | 525.00 | 577.50 |
| | | | Date: 3/16/2021 | 1.10 | | 577.50 |
| **Date: 3/17/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-----------------------------------|----------------|-------|-------|-------|
| 03/17/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation and strategy and informal<br>discovery requests; analysis. | T | 2.40 | 525.00 | 1,260.00 |
| | | | **Date: 3/17/2021** | 2.40 | | 1,260.00 |
| **Date: 3/18/2021** | | | | | | |
| 03/18/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation issues; analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 3/18/2021** | 0.60 | | 315.00 |
| **Date: 3/19/2021** | | | | | | |
| 03/19/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation/settlement and strategy;<br>analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 3/19/2021** | 0.60 | | 315.00 |
| **Date: 3/22/2021** | | | | | | |
| 03/22/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on protective order and strategy; work<br>on informal resolution; analysis. | T | 0.70 | 525.00 | 367.50 |
| | | | **Date: 3/22/2021** | 0.70 | | 367.50 |
| **Date: 3/25/2021** | | | | | | |
| 03/25/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on strategy and mediation issues;<br>analysis. | T | 0.30 | 525.00 | 157.50 |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort Matter Description Narrative | Component Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | | **Date: 3/25/2021** | 0.30 | | 157.50 |
| **Date: 3/26/2021** | | | | | | |
| 03/26/2021 | DCH | 4300-010/ Preston, Ariana Wage and Hour Class Action Work on strategy and mediation issues; review answer from Porch; analysis. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 3/26/2021** | 0.80 | | 420.00 |
| **Date: 3/30/2021** | | | | | | |
| 03/30/2021 | DCH | 4300-010/ Preston, Ariana Wage and Hour Class Action Work on strategy and mediation issues; analysis. | T | 0.30 | 525.00 | 157.50 |
| | | | **Date: 3/30/2021** | 0.30 | | 157.50 |
| **Date: 4/5/2021** | | | | | | |
| 04/05/2021 | DCH | 4300-010/ Preston, Ariana Wage and Hour Class Action Work on discovery, procedural issues, and strategy for mediation; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 4/5/2021** | 0.40 | | 210.00 |
| **Date: 4/7/2021** | | | | | | |
| 04/07/2021 | DCH | 4300-010/ Preston, Ariana Wage and Hour Class Action Work on mediation and strategy issues; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 4/7/2021** | 0.40 | | 210.00 |
| **Date: 4/8/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 04/08/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on informal discovery and investigation of claims; work on strategy; communications and analysis in conjunction. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 4/8/2021** | 0.80 | | 420.00 |
| **Date: 4/9/2021** | | | | | | |
| 04/09/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on informal discovery and investigation of claims; communications and analysis in conjunction. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 4/9/2021** | 0.40 | | 210.00 |
| **Date: 5/5/2021** | | | | | | |
| 05/05/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation; analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 5/5/2021** | 0.60 | | 315.00 |
| **Date: 5/10/2021** | | | | | | |
| 05/10/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation and strategy; analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 5/10/2021** | 0.60 | | 315.00 |
| **Date: 5/11/2021** | | | | | | |
| 05/11/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation; analysis. | T | 0.90 | 525.00 | 472.50 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|--------------------------------------|----------------|-------|-------|-------|
| | | | **Date: 5/11/2021** | 0.90 | | 472.50 |
| **Date: 5/24/2021** | | | | | | |
| 05/24/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery, settlement, strategy, and investigation of claims issues; analysis. | T | 2.30 | 525.00 | 1,207.50 |
| | | | **Date: 5/24/2021** | 2.30 | | 1,207.50 |
| **Date: 5/27/2021** | | | | | | |
| 05/27/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery and strategy issues; analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 5/27/2021** | 0.60 | | 315.00 |
| **Date: 5/28/2021** | | | | | | |
| 05/28/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery, strategy, and mediation issues; analysis. | T | 0.30 | 525.00 | 157.50 |
| | | | **Date: 5/28/2021** | 0.30 | | 157.50 |
| **Date: 6/1/2021** | | | | | | |
| 06/01/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery and strategy issues; analysis. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 6/1/2021** | 0.80 | | 420.00 |
| **Date: 6/2/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------------------------------|------|------|------|------|
| 06/02/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery and strategy; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 6/2/2021** | 0.40 | | 210.00 |
| **Date: 6/4/2021** | | | | | | |
| 06/04/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Review document production; analysis in conjunction. | T | 2.60 | 525.00 | 1,365.00 |
| | | | **Date: 6/4/2021** | 2.60 | | 1,365.00 |
| **Date: 6/7/2021** | | | | | | |
| 06/07/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation and strategy issues; analysis. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 6/7/2021** | 0.80 | | 420.00 |
| **Date: 6/8/2021** | | | | | | |
| 06/08/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation and strategy issues; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 6/8/2021** | 0.40 | | 210.00 |
| **Date: 6/11/2021** | | | | | | |
| 06/11/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Review and analysis of document production; work on procedural and strategy issues; analysis. | T | 1.60 | 525.00 | 840.00 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| | | | **Date: 6/11/2021** | 1.60 | | 840.00 |
| **Date: 6/14/2021** | | | | | | |
| 06/14/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation prep and strategy; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 6/14/2021** | 0.40 | | 210.00 |
| **Date: 6/16/2021** | | | | | | |
| 06/16/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation issues; analysis. | T | 0.20 | 525.00 | 105.00 |
| | | | **Date: 6/16/2021** | 0.20 | | 105.00 |
| **Date: 6/22/2021** | | | | | | |
| 06/22/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation, strategy, and informal<br>discovery issues; analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 6/22/2021** | 0.60 | | 315.00 |
| **Date: 6/25/2021** | | | | | | |
| 06/25/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation/settlement/informal<br>discovery issues; work on strategy. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 6/25/2021** | 0.80 | | 420.00 |
| **Date: 6/29/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------------------------------|-----------|-------|-------|-------|
| 06/29/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation and review of additional information and documents provided by defendant; analysis. | T | 1.70 | 525.00 | 892.50 |
| | | | **Date: 6/29/2021** | 1.70 | | 892.50 |
| **Date: 6/30/2021** | | | | | | |
| 06/30/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on discovery issues and review documents provided in preparation for mediation; analysis. | T | 1.20 | 525.00 | 630.00 |
| 06/30/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues and strategy; analysis. | T | 1.60 | 525.00 | 840.00 |
| | | | **Date: 6/30/2021** | 2.80 | | 1,470.00 |
| **Date: 7/1/2021** | | | | | | |
| 07/01/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation; analysis and research in conjunction. | T | 1.40 | 525.00 | 735.00 |
| | | | **Date: 7/1/2021** | 1.40 | | 735.00 |
| **Date: 7/9/2021** | | | | | | |
| 07/09/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation; analysis and review of documents in conjunction. | T | 2.40 | 525.00 | 1,260.00 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|-------|-------|-------|
| | | | **Date: 7/9/2021** | 2.40 | | 1,260.00 |
| **Date: 7/13/2021** | | | | | | |
| 07/13/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for mediation - investigate claims and review and analysis of documents and information provided. | T | 1.40 | 525.00 | 735.00 |
| | | | **Date: 7/13/2021** | 1.40 | | 735.00 |
| **Date: 7/14/2021** | | | | | | |
| 07/14/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation issues; analysis. | T | 1.40 | 525.00 | 735.00 |
| | | | **Date: 7/14/2021** | 1.40 | | 735.00 |
| **Date: 7/15/2021** | | | | | | |
| 07/15/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Review and analysis of documents and information provided for mediation; prepare for mediation. | T | 2.60 | 525.00 | 1,365.00 |
| | | | **Date: 7/15/2021** | 2.60 | | 1,365.00 |
| **Date: 7/16/2021** | | | | | | |
| 07/16/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation and mediation brief; analysis in conjunction; review documents and information provided. | T | 2.40 | 525.00 | 1,260.00 |
| | | | **Date: 7/16/2021** | 2.40 | | 1,260.00 |

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| **Date: 7/20/2021** | | | | | | |
| 07/20/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for mediation and work on strategy;<br>analysis in conjunction. | T | 1.70 | 525.00 | 892.50 |
| | | | **Date: 7/20/2021** | 1.70 | | 892.50 |
| **Date: 7/21/2021** | | | | | | |
| 07/21/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Finalize mediation brief and submit; analysis. | T | 2.20 | 525.00 | 1,155.00 |
| 07/21/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on analysis of spreadsheet data provided<br>by Porch. | T | 2.10 | 525.00 | 1,102.50 |
| | | | **Date: 7/21/2021** | 4.30 | | 2,257.50 |
| **Date: 7/22/2021** | | | | | | |
| 07/22/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on mediation preparation; analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 7/22/2021** | 0.60 | | 315.00 |
| **Date: 7/27/2021** | | | | | | |
| 07/27/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for mediation; analysis. | T | 1.20 | 525.00 | 630.00 |
| | | | **Date: 7/27/2021** | 1.20 | | 630.00 |
| **Date: 7/28/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| 07/28/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for and attend all-day mediation with Michael Young; follow-up analysis and work on strategy and settlement MOU terms. | T | 9.70 | 525.00 | 5,092.50 |
| | | | **Date: 7/28/2021** | 9.70 | | 5,092.50 |
| **Date: 7/29/2021** | | | | | | |
| 07/29/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues and terms; strategy; analysis. | T | 0.70 | 525.00 | 367.50 |
| | | | **Date: 7/29/2021** | 0.70 | | 367.50 |
| **Date: 7/30/2021** | | | | | | |
| 07/30/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on MOU and settlement issues; analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 7/30/2021** | 0.60 | | 315.00 |
| **Date: 8/2/2021** | | | | | | |
| 08/02/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 8/2/2021** | 0.40 | | 210.00 |
| **Date: 8/10/2021** | | | | | | |
| 08/10/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues; work on PAGA LTR issues; analysis. | T | 1.70 | 525.00 | 892.50 |

Search for: 4300-010    Search by: Matter ID    Stage: (all)    Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|---------|-----------|-------|-------|-------|
|  |  |  | **Date: 8/10/2021** | 1.70 |  | 892.50 |
| **Date: 8/12/2021** |  |  |  |  |  |  |
| 08/12/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues; analysis. | T | 0.80 | 525.00 | 420.00 |
|  |  |  | **Date: 8/12/2021** | 0.80 |  | 420.00 |
| **Date: 8/13/2021** |  |  |  |  |  |  |
| 08/13/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues; analysis. | T | 0.60 | 525.00 | 315.00 |
|  |  |  | **Date: 8/13/2021** | 0.60 |  | 315.00 |
| **Date: 8/16/2021** |  |  |  |  |  |  |
| 08/16/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare for and attend court hearing; follow-up analysis; work on PAGA Notice issues. | T | 2.20 | 525.00 | 1,155.00 |
|  |  |  | **Date: 8/16/2021** | 2.20 |  | 1,155.00 |
| **Date: 8/17/2021** |  |  |  |  |  |  |
| 08/17/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues; analysis. | T | 0.70 | 525.00 | 367.50 |
|  |  |  | **Date: 8/17/2021** | 0.70 |  | 367.50 |
| **Date: 8/20/2021** |  |  |  |  |  |  |
| 08/20/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on PAGA Notice and settlement issues; analysis in conjunction. | T | 0.50 | 525.00 | 262.50 |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|------|------|------|
| | | | **Date: 8/20/2021** | 0.50 | | 262.50 |
| **Date: 8/23/2021** | | | | | | |
| 08/23/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on PAGA Notice and settlement issues;<br>analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 8/23/2021** | 0.60 | | 315.00 |
| **Date: 10/5/2021** | | | | | | |
| 10/05/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement, amended complaint, and<br>administrative issues; analysis. | T | 1.20 | 525.00 | 630.00 |
| | | | **Date: 10/5/2021** | 1.20 | | 630.00 |
| **Date: 10/18/2021** | | | | | | |
| 10/18/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement issues; analysis. | T | 0.50 | 525.00 | 262.50 |
| | | | **Date: 10/18/2021** | 0.50 | | 262.50 |
| **Date: 10/19/2021** | | | | | | |
| 10/19/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Review settlement agreement; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 10/19/2021** | 0.40 | | 210.00 |
| **Date: 10/21/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 10/21/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement agreements and strategy;<br>analysis. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 10/21/2021** | 0.80 | | 420.00 |
| **Date: 10/22/2021** | | | | | | |
| 10/22/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement agreements and settlement<br>administration issues; analysis. | T | 0.70 | 525.00 | 367.50 |
| | | | **Date: 10/22/2021** | 0.70 | | 367.50 |
| **Date: 10/26/2021** | | | | | | |
| 10/26/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement agreement issues; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 10/26/2021** | 0.40 | | 210.00 |
| **Date: 10/27/2021** | | | | | | |
| 10/27/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement agreement issues and<br>strategy; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 10/27/2021** | 0.40 | | 210.00 |
| **Date: 10/28/2021** | | | | | | |
| 10/28/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Review and analysis and revision of draft<br>FAC, joint motion, and order. | T | 1.10 | 525.00 | 577.50 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|----------|-----------|-------|-------|-------|
| | | | **Date: 10/28/2021** | 1.10 | | 577.50 |
| **Date: 10/29/2021** | | | | | | |
| 10/29/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Review and analysis of draft settlement agreements and supporting documents. | T | 1.70 | 525.00 | 892.50 |
| | | | **Date: 10/29/2021** | 1.70 | | 892.50 |
| **Date: 11/1/2021** | | | | | | |
| 11/01/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement agreement and supporting documents; work on FAC; analysis in conjunction. | T | 1.10 | 525.00 | 577.50 |
| | | | **Date: 11/1/2021** | 1.10 | | 577.50 |
| **Date: 11/2/2021** | | | | | | |
| 11/02/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement agreements and related documents; analysis; work on settlement administration issues. | T | 1.60 | 525.00 | 840.00 |
| | | | **Date: 11/2/2021** | 1.60 | | 840.00 |
| **Date: 11/4/2021** | | | | | | |
| 11/04/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement approval issues; work on settlement admin issues; analysis. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 11/4/2021** | 0.80 | | 420.00 |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| **Date: 11/5/2021** | | | | | | |
| 11/05/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement and FAC issues; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 11/5/2021** | 0.40 | | 210.00 |
| **Date: 11/9/2021** | | | | | | |
| 11/09/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement agreements and related<br>documents; analysis. | T | 1.20 | 525.00 | 630.00 |
| | | | **Date: 11/9/2021** | 1.20 | | 630.00 |
| **Date: 11/10/2021** | | | | | | |
| 11/10/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on preliminary approval documents and<br>analysis in conjunction. | T | 1.30 | 525.00 | 682.50 |
| | | | **Date: 11/10/2021** | 1.30 | | 682.50 |
| **Date: 11/12/2021** | | | | | | |
| 11/12/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on preliminary approval motion<br>documents; research and analysis in<br>conjunction. | T | 3.30 | 525.00 | 1,732.50 |
| | | | **Date: 11/12/2021** | 3.30 | | 1,732.50 |
| **Date: 11/16/2021** | | | | | | |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|------|------|-------|-------|-------|
| 11/16/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>File Motion for Leave to File FAC; work on preliminary approval and settlement issues; analysis. | T | 1.40 | 525.00 | 735.00 |
| | | | **Date: 11/16/2021** | 1.40 | | 735.00 |
| **Date: 11/17/2021** | | | | | | |
| 11/17/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on preliminary approval motion and supporting documents; analysis in conjunction. | T | 1.30 | 525.00 | 682.50 |
| | | | **Date: 11/17/2021** | 1.30 | | 682.50 |
| **Date: 11/22/2021** | | | | | | |
| 11/22/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on preliminary approval motion and supporting documents; finalize and file; analysis in conjunction. | T | 5.10 | 525.00 | 2,677.50 |
| | | | **Date: 11/22/2021** | 5.10 | | 2,677.50 |
| **Date: 11/29/2021** | | | | | | |
| 11/29/2021 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>File FAC and submit proposed order on preliminary approval motion. | T | 0.80 | 525.00 | 420.00 |
| | | | **Date: 11/29/2021** | 0.80 | | 420.00 |
| **Date: 1/14/2022** | | | | | | |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 01/14/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on preliminary approval issues; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 1/14/2022** | 0.40 | | 210.00 |
| **Date: 3/30/2022** | | | | | | |
| 03/30/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on preliminary approval issues; analysis | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 3/30/2022** | 0.40 | | 210.00 |
| **Date: 4/25/2022** | | | | | | |
| 04/25/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement administration issues;<br>review and analysis of PA order. | T | 1.60 | 525.00 | 840.00 |
| | | | **Date: 4/25/2022** | 1.60 | | 840.00 |
| **Date: 5/9/2022** | | | | | | |
| 05/09/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement administration issues;<br>analysis. | T | 0.70 | 525.00 | 367.50 |
| | | | **Date: 5/9/2022** | 0.70 | | 367.50 |
| **Date: 5/12/2022** | | | | | | |
| 05/12/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement administration issues;<br>analysis. | T | 0.20 | 525.00 | 105.00 |
| | | | **Date: 5/12/2022** | 0.20 | | 105.00 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|------|------|-----------------------------------------------------------|------------------------|-------|-------|-------|
| **Date: 5/16/2022** | | | | | | |
| 05/16/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement administration issues;<br>analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 5/16/2022** | 0.40 | | 210.00 |
| **Date: 5/23/2022** | | | | | | |
| 05/23/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on settlement administration issues;<br>analysis. | T | 0.60 | 525.00 | 315.00 |
| | | | **Date: 5/23/2022** | 0.60 | | 315.00 |
| **Date: 6/17/2022** | | | | | | |
| 06/17/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on final approval and settlement<br>administration issues; analysis. | T | 0.40 | 525.00 | 210.00 |
| | | | **Date: 6/17/2022** | 0.40 | | 210.00 |
| **Date: 6/27/2022** | | | | | | |
| 06/27/2022 | DCH | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Work on fees motion and final approval;<br>analysis. | T | 0.50 | 525.00 | 262.50 |
| | | | **Date: 6/27/2022** | 0.50 | | 262.50 |
| **Date: 7/14/2022** | | | | | | |

Search for: 4300-010   Search by: Matter ID  Stage: (all)  Type: Fees

# Blanchard, Krasner & French

## AssignedProf-Listing

| Date | Prof | Matter ID/Client Sort<br>Matter Description<br>Narrative | Component<br>Task Code | Units | Price | Value |
|---|---|---|---|---|---|---|
| 07/14/2022 | ALV | 4300-010/ Preston, Ariana<br>Wage and Hour Class Action<br>Prepare Table of Contents and Table of<br>Authority to Memorandum of Points and<br>Authorities in Support of Motion for Final<br>Approval of Class Action Settlement. | T | 0.60 | 175.00 | 105.00 |
| | | **Date: 7/14/2022** | | 0.60 | | 105.00 |
| | | **Billing: (None)** | | 170.20 | | 88,259.99 |
| | | **Grand Total:** | | 170.20 | | $88,259.99 |

Search for: 4300-010   Search by: Matter ID   Stage: (all)   Type: Fees